10-2459-ag
Pukri v. Holder

BIA
A095 841 294

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of November, two thousand eleven.

PRESENT:
          DENNIS JACOBS,
                    *Chief Judge,*
          RAYMOND J. LOHIER, JR.,
          SUSAN L. CARNEY,
                    *Circuit Judges.*

_____

VITOR PUKRI AKA VIKTOR PUKRI,
          *Petitioner,*

          v.                                    10-2459-ag
                                                NAC

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
          *Respondent.*

_____

FOR PETITIONER:          Saul C. Brown, New York, New York.

**FOR RESPONDENT:** Tony West, Assistant Attorney General; Lyle D. Jentzer, Senior Litigation Counsel; Glen T. Jaeger, Trial Attorney, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Vitor Pukri, a native and citizen of Albania, seeks review of a May 24, 2010, decision of the BIA denying his motion to reopen his removal proceedings. *In re Pukri*, No. A095 841 294 (B.I.A. May 24, 2010). We assume the parties' familiarity with the underlying facts and procedural history of the case.

We review the BIA's denial of a motion to reopen for abuse of discretion. *See Ali v. Gonzales*, 448 F.3d 515, 517 (2d Cir. 2006). In denying Pukri's motion, the BIA cited his failure to submit an asylum application with his motion as required under 8 C.F.R. § 1003.2(c)(3)(ii). Pukri fails to challenge this ruling, which is dispositive. *See LNC Invs., Inc. v. Nat'l Westminster Bank, N.J.*, 308 F.3d 169, 176 n.8 (2d Cir. 2002) ("While we no doubt have the power to

2

address an argument despite its abandonment on appeal, we ordinarily will not do so 'unless manifest injustice otherwise would result.'" (quoting *Anderson v. Branen*, 27 F.3d 29, 30 (2d Cir. 1994))).

Moreover, "[a] motion to reopen proceedings for the purpose of submitting an application for relief must be accompanied by the appropriate application for relief and all supporting documentation." 8 C.F.R. § 1003.2(c)(1). The BIA's position is that failure to comply with the requirement is a ground for denial of the motion. Since the plain language of the regulation supports that position, we defer to it. *See Zhen Nan Lin v. Dep't of Justice*, 459 F.3d 255, 262 (2d Cir. 2006). Other circuit courts have reached the same conclusion in published opinions. *See Lin Xing Jiang v. Holder*, 639 F.3d 751, 757 (7th Cir. 2011); *Romero-Ruiz v. Mukasey*, 538 F.3d 1057, 1064 (9th Cir. 2008); *Waggoner v. Gonzales*, 488 F.3d 632, 638-39 (5th Cir. 2007); *Palma-Mazariegos v. Keisler*, 504 F.3d 144, 147 (1st Cir. 2007).

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in

3

this petition is DISMISSED as moot.  Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk

4